**Deny and Opinion Filed September 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00843-CV**

**IN RE JOSEPH DINGLER, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05083-A**

## MEMORANDUM OPINION

Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

In his September 29, 2021 emergency petition for writ of mandamus, relator complains that the justice of the peace court lacked jurisdiction to entertain a new action regarding property that is currently the subject of appeals pending in this Court. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition and record, we conclude that relator has failed to show his entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus.

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE